PS 8
(Rev. 12/04)

United States Courts Southern
District of Texas
FILED

*10/5/2022*

Nathan Ochsner, Clerk of Court
U.S.A. vs. Kenneth Chastain

# UNITED STATES DISTRICT COURT

### for

Western District Of Texas

**FILED**

2022 SEP 30  PM 2: 31

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS



Docket No.

[0542 2:22CR01111]-[001]

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Amanda Luna                              , pretrial services/probation officer, presenting an

official report upon the conduct of defendant     Kenneth Chastain                                     ,

who was placed under pretrial release supervision by the  Honorable Collis White                          ,

sitting in the court at  Western District of Texas/Del Rio          on the 20th   date of May    , 2022

under the following conditions:

> Condition No. 1 The defendant must not violate federal, state or local law while on release.
> Condition No. 7 (h), Refrain from the use of any unlawful possession of narcotic drugs and other controlled substances
> defined in 21 USC 802 unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On 09/28/2022, the defendant was arrested for Possession of Controlled Substance PG 1/1-B>=4G<200G by Portland
> Police Department and remains in custody. On 09/29/2022, Officer Rodolfo Gonzalez Jr., from U.S. Probation Office in
> Corpus Christi, Texas, advised the defendant's sweat patch results collected on 08/12/2022, resulted in a positive for
> amphetamines and methamphetamine. The defendant denies drug usage. AUSA Izaak Bruce is in agreement with
> petition. The defendant is set for Sentencing on 04/26/2023 at 9:00 am before Judge Moses

PRAYING THAT THE COURT WILL ORDER: a warrant for arrest be issued and that the defendant be brought before
the Court to show just cause as to why the defendant's bond should not be revoked.

ORDER OF COURT

Considered and ordered this 30th    day of
September          , 2022    and ordered filed
and made a part of the records in the above case.

Honorable Victor R. Garcia

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on   09/30/2022

_____
U.S. Pretrial Services/Probation Officer

Place   111 E. Broadway, Del Rio, Texas, 78840

A true copy of the original, I certify,
Clerk U.S. District Court

By_____
Deputy